No. 79–5740. WAYLAND *v.* KURTZ ET AL. Appeal from C. A. 1st Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 79–5777. HAYES *v.* BOARD OF TRUSTEES OF CLARK COUNTY SCHOOL DISTRICT. Appeal from Sup. Ct. Nev. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 79–533. JACKSON *v.* WHITE, ADMINISTRATOR, ET AL. Appeal from Sup. Ct. Ohio dismissed for want of substantial federal question. MR. JUSTICE WHITE and MR. JUSTICE STEVENS would note probable jurisdiction and set case for oral argument.

No. 79–546. HOME FEDERAL SAVINGS & LOAN ASSOCIATION OF HOLLYWOOD *v.* CHEMICAL REALTY CORP. Appeal from Ct. App. N. C. dismissed for want of substantial federal question.

No. 79–841. BAILEY ET UX. *v.* PENNINGTON. Appeal from Sup. Ct. Del. dismissed for want of substantial federal question.

No. 79–844. FURMAN, DBA NORTHSIDE SECRETARIAL SERVICE *v.* FLORIDA BAR. Appeal from Sup. Ct. Fla. dismissed for want of substantial federal question.

No. 79–933. PORTER *v.* PORTER. Appeal from Ct. App. Tenn. dismissed for want of substantial federal question.

No. 79–1007. HUGHES *v.* HUGHES. Appeal from Ct. Civ. App. Ala. dismissed for want of substantial federal question.